NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 4 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHERIF A. PHILIPS, | No. 22-16919 |
| Plaintiff-Appellant, | D.C. No. 1:22-cv-00014 |
| v. | |
| JUDICIARY OF GUAM, | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the District of Guam
Frances Tydingco-Gatewood, District Judge, Presiding

Submitted July 18, 2023**

Before:    SCHROEDER, RAWLINSON, and BADE, Circuit Judges.

Sherif A. Philips appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging various claims arising out of prior litigation. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under the *Rooker-Feldman* doctrine. *Noel v. Hall*, 341 F.3d 1148, 1154

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 2003).  We affirm.

The district court properly dismissed Philips's action because the action constitutes a forbidden "de facto appeal" of prior state court and Guam Superior Court judgments and raises claims that are "inextricably intertwined" with those judgments.  *See id.* at 1163-65 (discussing proper application of the *Rooker-Feldman* doctrine); *see also Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005) (explaining that the *Rooker-Feldman* doctrine bars "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments").

We do not consider matters not specifically and distinctly raised and argued in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

22-16919